IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Charles Strow, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>– against –<br><br>B&G Foods, Inc.,<br><br>                    Defendant. | Case No.: 1:21-cv-05104<br><br>Judge Steven C. Seeger |

**SUPPLEMENTAL DECLARATION OF DAVID KWASNIEWSKI REGARDING DEFENDANT B&G FOODS'S SPRAY OIL LABELS IN RESPONSE TO THE COURT'S JUNE 23, 2023 ORDER (DKT. 65)**

I, David Kwasniewski, declare:

1. I am an attorney at the law firm of BraunHagey & Borden LLP, admitted to practice before this Court *pro hac vice*. I am counsel of record for Defendant B&G Foods, Inc. ("B&G Foods") in this action. All the matters set forth below are true based on my personal knowledge. If called upon as a witness in this case, I could and would testify competently to the facts stated herein.

2. B&G Foods acquired the Crisco® brand in December 2020. The label for Crisco Butter No-Stick Spray was updated in early 2022. Sales of cans with the current label began on or around the last week of February 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 7, 2023                                                            By: _____
                                                                                         David Kwasniewski