# EXHIBIT A

RECORDS UNIT
1001 VANDALAY DRIVE
FRANKFORT, KY 40601

CHARLES STROW
2243 MCGREGOR PLACE
CINCINNATI, KY 45219



# Administrative Office of the Courts
COURTNET Criminal History Record

**AOC COURTNET DISPOSITION SYSTEM DISCLAIMER**

Enclosed is a copy of information on cases you have had in Kentucky Courts. This **COURTNET** Disposition System record is being provided for your information. This request is generally made for **government housing, pre-employment searches, childcare workers, adoptions, or other purposes.**

This request was made by **BRAUNHAGEY & BORDEN LLP** and they have received a copy of this information. If you believe it contains any errors, or you have any questions, please feel free to contact us at **(502) 573-1682** or **(800) 928-6381**

The **Administrative Office of the Courts (AOC) CANNOT GUARANTEE** the accuracy of the attached information. If you believe there is an error contained in the record please contact Records Unit at (502) 573-1682.

Information received from **COURTNET** is subject to change, reprogramming, modifications of format and availability at the direction of the AOC, and may not at any particular moment reflect the true status of court cases due to ordinary limitations, delay or error in the system's operation.

The AOC disclaims any warranty as to the validity of the information obtained from **COURTNET**. **The recipient is solely responsible for verifying information received from COURTNET through the cross-referencing of the official court record.** The AOC shall not be liable to the recipient, or to any third party using the system or information obtained thereby, for any damages whatsoever arising out of this policy, or the use of **COURTNET**.

**BATCH ID:** 0003858054        MAILING **1** OF **1**        **REQUEST ID:** 55748225

**BATCH ID:** 00003858054        **REQUEST ID:** 55748225

| Request Information Provided ||
|---|---|
| Name: **STROW, CHARLES** | |
| DOB: **9/21/1981** | DLN: **n/s** |

All Information Provided Above Has Been Used To Fulfill Your Request
On **05/08/2023 08:32 AM**

YOUR REQUEST IS POTENTIALLY INCOMPLETE FOR THE REASON(S)
**Incomplete/No SSN**

***** NOT AN OFFICIAL COURT RECORD *****

RECORDS UNIT | 1001 VANDALAY DRIVE | FRANKFORT, KY 40601 | (800) 928-6381

---

Name: **STROW, CHARLES**    DOB: **09/21/1981**    Gender: **M**    Race: **W**

Case Filed on **10/02/2018** in **BOONE** County as case number **18-F-01045**

Bail of **CASH** for the amount of **$164.00** was set on **05/13/2019** and posted on **n/a**

Active Warrant of **BENCH WARRANT** on **05/13/2019**

Charge **1** Original Filed on 08/15/2018      0239190     *OBS* TBUT ALL OTHERS $10,000 OR MORE BUT U/$1,000,000
     Disposed on 02/14/2019 as AMENDED

Charge **1** Amended Filed on 02/14/2019      0239150     *OBS* TBUT OR DISP ALL OTHERS U/$500
     Disposed on 02/14/2019 as GUILTY
     Sentenced on 02/14/2019     STAY OFF OF ZIMMER PROPERTY
                                             NO OTHER OFFENSESCD 2 YRS

| Jail Assessed | 365 DYS | Cost | $164.00 |
|---|---|---|---|
| Jail Conditional | 365 DYS | | |