# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Charles Strow, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    - against -<br><br>B&G Foods, Inc.,<br><br>                Defendant | 1:21-cv-05104<br><br>Hon. Jeffrey I. Cummings<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff and Defendant, through counsel, stipulate that all of Plaintiff's claims against Defendant in this lawsuit should be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 21 and 41. Each party shall bear its own costs and fees.

Dated:     April 2, 2025

| | |
|---|---|
| Braunhagey & Borden LLP | Sheehan & Associates, P.C. |
| /s/ David Kwasniewski<br>David Kwasniewski<br>351 California St Fl 10<br>San Francisco, CA 94104<br>Tel: (415) 599-0210<br>kwasniewski@braunhagey.com | /s/ Spencer Sheehan<br>Spencer Sheehan<br>60 Cuttermill Rd Ste 409<br>Great Neck, NY 11021<br>Tel: (516) 268-7080<br>spencer@spencersheehan.com |
| *Attorneys for Defendant B&G Foods, Inc.* | *Attorneys for Plaintiff* |